UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In the matter of:<br><br>**MOTION TO QUASH SUBPOENA TO NON-PARTY JOUNRALIST CARL PRINE** | Miscellaneous Action No. _____ |

## DECLARATION OF CARL PRINE

I, Carl Prine, declare as follows:

1. I am an investigative journalist employed as a Senior Editor at Coffee or Die Magazine, a news and lifestyle magazine that covers stories about and for the military, first responders, veterans, and coffee enthusiasts. In my role at Coffee or Die Magazine, as in previous roles, a major focus of my work involves reporting, writing, and editing news stories involving the United States military, including the United States Navy.

2. Prior to joining Coffee or Die Magazine, I was an editor for the Navy Times, a print and digital periodical owned by Sightline Media Group that provides independent journalism covering all branches of the U.S. Military. I left the Navy Times in July 2020. I have been a resident of Hamilton County, Indiana since November 2019.

3. On August 29, 2022, I was served outside of my home in Hamilton County, Indiana with a subpoena. A copy of the subpoena I was served with is attached as **Exhibit A** to the Declaration of Katie Townsend.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2022, in Westfield, Indiana.

_____
Carl Prine